UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLOS RUIZ FLOREZ,
     Plaintiff,

vs.

20 E. 49 ST. LLC and 20E49 LIMONCELLO,
LLC ,
     Defendants.

**COMPLAINT**

     Plaintiff, CARLOS RUIZ FLOREZ ("Plaintiff"), by his undersigned counsel, hereby files this Complaint and sues Defendants, 20 E. 49 ST. LLC and 20E49 LIMONCELLO, LLC ("Defendants"), for injunctive relief pursuant to the Americans with Disabilities Act, 42 U.S.C. § 12181, et seq., (hereinafter the "A.D.A") and the ADA's Accessibility Guidelines, 28 C.F.R. Part 36 (hereinafter the "ADAAG").

**JURISDICTION**

**1)**    This Court has original jurisdiction over the action pursuant to 28 U.S.C., §§1331 and 1343 for Plaintiff's claims arising under 42 U.S.C. § 12181. et seq., based upon Defendant's violations of Title III of the ADA (see also, 28 U.S.C. §§ 2201 and 2202).

**2)**    Plaintiff currently resides in Brooklyn County, New York, and is *sui juris*. Plaintiff is a qualified individual with disabilities under the ADA law. Plaintiff suffered a spinal cord injury as a child complete from the T-7 to T-11, has paraplegia, and is bound to ambulate in a wheelchair.

**3)**    Defendant, 20 E. 49 ST. LLC is a Domestic Limited Liability Company and transacts business in the State of New York and within this judicial district. Defendant, 20 E. 49 ST. LLC,

is the owner of the real property which is the subject of this action located on or about at 20 E 29TH ST. NEW YORK, NY 10017 (hereinafter "Subject Property" or "Facility").

4)      Defendant, 20E49 LIMONCELLO, LLC, is a Domestic Limited Liability Company and transacts business in the State of New York and within this judicial district. Defendant, 20E49 LIMONCELLO, LLC, is the lessee and operator of the business known as CASA LIMONE, located at 20 E 29TH ST. NEW YORK, NY 10017 (hereinafter the "Facility").

5)      While looking for a place to socialize next to his place of employment, Plaintiff visited the Subject Property which forms the basis of this lawsuit on or about November 22, 2022, and again on June 4, 2022. On each of these occasions, the Plaintiff's ability to ambulate through many required pathways of the Subject Property was hindered and thwarted, nor were the dining areas and bar permitting of wheelchair dining. Due to these structural barriers, that which prevented complete access to areas and services at the public accommodation. Plaintiff plans to return to the Subject Property to avail himself of the goods and services offered to the public at the Subject Property, and to determine whether the Subject Property has been made ADA compliant. Plaintiff's access to the Facility and/or full and equal enjoyment of the goods, services, facilities, privileges, advantages, and/or accommodations offered therein was denied and/or limited because of these disabilities, and Plaintiff will be denied and/or limited in the future unless and until Defendants are compelled to remediate the physical barriers to access and ADA violations which exist at the Facility, including but not limited, to those set forth in this Complaint.

6)      Plaintiff most recently visited the Subject Property on November 22, 2022, and again in mid-December, 2022, which is less than one mile from his place of employment. Paramount, Plaintiff has dined at, and in, nearly all of the neighboring restaurants surrounding the subject

facility, that are all without obstructions. and thereon affirms that he would dine at the Defendant's restaurant and avail himself of the goods and services offered to the public, were it not for the structural barriers inhibiting his ability to enter the subject facility, in direct contravention of Title III of the ADA and provisions under the ADAAG.  Furthermore, Plaintiff lives an active social life, dines out socially at multiple times each week, has friends and family throughout the five boroughs, and often opts to dine out instead of preparing a meal at home—especially since he likes trying new restaurants and enjoying the different foods and cultures throughout the New York City metropolitan area. Plaintiff travels through the neighborhood where the Subject Property is located at least one time a week. Foremost, Plaintiff has dined at, and in, nearly all of the neighboring restaurants surrounding the subject facility near his place of employment, all which are without obstructions. and thereon affirms that he would dine at the Defendant's restaurant and avail himself of the goods and services offered to the public, were it not for the structural barriers inhibiting his ability to enter the subject facility, in direct contravention of Title III of the ADA and provisions under the ADAAG.

7) The Defendants' Facility is a public accommodation and service establishment, and although required by law to do so, it is not in compliance with the ADA and ADAAG.

8) In this instance, Plaintiff visited the Facility and encountered barriers to access at the Facility, engaged barriers, suffered legal harm and injury, and will continue to suffer legal harm and injury as a result of the illegal barriers to access as set forth herein.

9) Plaintiff has suffered and continues to suffer direct and indirect injury as a result of the ADA violations that exist at the Facility.

10) All events giving rise to this lawsuit occurred in the State of New York. Venue is proper in this Court as the premises are located in the Southern District.

### FACTUAL ALLEGATIONS AND CLAIM

**11)**    Plaintiff has attempted to access the Facility, but could not do so without severe hardship, because of his disabilities, and the physical barriers to access and ADA violations that exist at the Facility, which restrict and/or limit his access to the goods and services offered at the Facility. The ADA violations are more specifically set forth in this Complaint.

**12)**    Plaintiff intends to visit the Facility again in the near future in order to utilize all of the goods and services offered therein but will be unable to do so because of the physical barriers to access, dangerous conditions and ADA violations that exist at the Facility that restrict and/or limit his access to the Facility, including those barriers conditions and ADA violations more specifically set forth in this Complaint.

**13)**    Defendants have discriminated against Plaintiff and others with disabilities by denying access to, and full and equal enjoyment of the goods and services of the Facility, as prohibited by 42 U.S.C., § 12182, *et.seq*., and by failing to remove architectural barriers as required by 42 U.S.C., § 12182(b)(2)(A)(iv), and will continue to discriminate against Plaintiff and others with disabilities unless and until Defendants are compelled to remove all physical barriers that exist at the Facility, including those specifically set forth herein, and make the Facility accessible to and usable by persons with disabilities, including Plaintiff.

**14)**    Defendants have discriminated against Plaintiff by failing to comply with the above requirements. A specific, although not exclusive, list of unlawful physical barriers, dangerous conditions and ADA violations, which preclude and/or limit Plaintiff's ability to access the Facility and full and equal enjoyment of the goods, services offered at the Facility include:

- INACCESSIBLE DINING TABLES LOCATED AT EXTERIOR DINING AREA.
- REQUIRED MINIMUM KNEE AND TOE CLEARANCE NOT PROVIDED AT DINING TABLES LOCATED AT EXTERIOR DINING AREA.

- A MINIMUM PERCENTAGE OF EXISTING DINING TABLES REQUIRED TO BE ACCESSIBLE NOT PROVIDED AT EXTERIOR DINING AREA.

**ADAAG 226 Dining Surfaces and Work Surfaces ADAAG 226.1 General.**
Where dining surfaces are provided for the consumption of food or drink, at least 5 percent of the seating spaces and standing spaces at the dining surfaces shall comply with 902.

**ADAAG 902 Dining Surfaces and Work Surfaces ADAAG 902.1 General.**
Dining surfaces and work surfaces shall comply with 902.2 and 902.3.

**ADAAG 902.2 Clear Floor or Ground Space.**
A clear floor space complying with 305 positioned for a forward approach shall be provided. Knee and toe clearance complying with 306 shall be provided.

**ADAAG 306.2 Toe Clearance.**

**ADAAG 306.2.3 Minimum Required Depth.**
Where toe clearance is required at an element as part of a clear floor space, the toe clearance shall extend 17 inches (430 mm) minimum under the element.

**ADAAG 306.2.5 Width.**
Toe clearance shall be 30 inches (760 mm) wide minimum.

**ADAAG 306.3 Knee Clearance.**

**ADAAG 306.3.3 Minimum Required Depth.**
Where knee clearance is required under an element as part of a clear floor space, the knee clearance shall be 11 inches deep minimum at 9 inches above the ground, and 8 inches deep minimum at 27 inches (685 mm) above the finish floor or ground.

**ADAAG 306.3.5 Width.**
Knee clearance shall be 30 inches (760 mm) wide minimum.

- INACCESSIBLE DINING TABLES LOCATED AT INTERIOR MAIN DINING AREA AT GROUND FLOOR.
- REQUIRED MINIMUM KNEE AND TOE CLEARANCE NOT PROVIDED AT DINING TABLES LOCATED AT INTERIOR MAIN DINING AREA AT GROUND FLOOR.
- A MINIMUM PERCENTAGE OF EXISTING DINING TABLES REQUIRED TO BE ACCESSIBLE NOT PROVIDED AT INTERIOR MAIN DINING AREA AT GROUND FLOOR.

**ADAAG 226 Dining Surfaces and Work Surfaces ADAAG 226.1 General.**
Where dining surfaces are provided for the consumption of food or drink, at least 5 percent of the seating spaces and standing spaces at the dining surfaces shall comply with 902.

**ADAAG 902 Dining Surfaces and Work Surfaces ADAAG 902.1 General.**
Dining surfaces and work surfaces shall comply with 902.2 and 902.3.

**ADAAG 902.2 Clear Floor or Ground Space.**
A clear floor space complying with 305 positioned for a forward approach shall be provided. Knee and toe clearance complying with 306 shall be provided.

**ADAAG 306.2 Toe Clearance.**

**ADAAG 306.2.3 Minimum Required Depth.**
Where toe clearance is required at an element as part of a clear floor space, the toe clearance shall extend 17 inches (430 mm) minimum under the element.

**ADAAG 306.2.5 Width.**
Toe clearance shall be 30 inches (760 mm) wide minimum.

**ADAAG 306.3 Knee Clearance.**

**ADAAG 306.3.3 Minimum Required Depth.**
Where knee clearance is required under an element as part of a clear floor space, the knee clearance shall be 11 inches deep minimum at 9 inches above the ground, and 8 inches deep minimum at 27 inches (685 mm) above the finish floor or ground.

**ADAAG 306.3.5 Width.**
Knee clearance shall be 30 inches (760 mm) wide minimum.

- INACCESSIBLE DINING TABLES LOCATED AT INTERIOR BARSIDE DINING AREA AT GROUND FLOOR.
- NON-COMPLIANT HEIGHT OF DINING TABLES LOCATED AT INTERIOR BARSIDE DINING AREA AT GROUND FLOOR EXCEEDS MAXIMUM HEIGHT ALLOWANCE.
- REQUIRED MINIMUM KNEE AND TOE CLEARANCE NOT PROVIDED AT DINING TABLES LOCATED AT INTERIOR BARSIDE DINING AREA AT GROUND FLOOR.
- MINIMUM PERCENTAGE OF EXISTING DINING TABLES REQUIRED TO BE ACCESSIBLE NOT PROVIDED AT INTERIOR BARSIDE DINING AREA.

**ADAAG 226 Dining Surfaces and Work Surfaces ADAAG 226.1 General.**
Where dining surfaces are provided for the consumption of food or drink, at least 5 percent of the seating spaces and standing spaces at the dining surfaces shall comply with 902.

**ADAAG 902.2 Clear Floor or Ground Space.**
A clear floor space complying with 305 positioned for a forward approach shall be provided. Knee and toe clearance complying with 306 shall be provided.

**ADAAG 902.3 Height.**
The tops of dining surfaces and work surfaces shall be 28 inches (710 mm) minimum and 34 inches (865 mm) maximum above the finish floor or ground.

**ADAAG 306.2 Toe Clearance.**

**ADAAG 306.2.3 Minimum Required Depth.**
Where toe clearance is required at an element as part of a clear floor space, the toe clearance shall extend 17 inches (430 mm) minimum under the element.

**ADAAG 306.2.5 Width.**
Toe clearance shall be 30 inches (760 mm) wide minimum.

**ADAAG 306.3 Knee Clearance.**

**ADAAG 306.3.3 Minimum Required Depth.**
Where knee clearance is required under an element as part of a clear floor space, the knee clearance shall be 11 inches deep minimum at 9 inches above the ground, and 8 inches deep minimum at 27 inches (685 mm) above the finish floor or ground.

**ADAAG 306.3.5 Width.**
Knee clearance shall be 30 inches (760 mm) wide minimum.

- INACCESSIBLE BAR LOCATED AT GROUND FLOOR.
- NON-COMPLIANT HEIGHT OF BAR LOCATED AT GROUND FLOOR EXCEEDS MAXIMUM HEIGHT ALLOWANCE.
- REQUIRED MINIMUM KNEE AND TOE CLEARANCE NOT PROVIDED AT BAR LOCATED AT GROUND FLOOR.
- PORTION OF BAR REQUIRED TO BE ACCESSIBLE NOT PROVIDED.

**ADAAG 226 Dining Surfaces and Work Surfaces ADAAG 226.1 General.**
Where dining surfaces are provided for the consumption of food or drink, at least 5 percent of the seating spaces and standing spaces at the dining surfaces shall comply with 902.

**ADAAG 902 Dining Surfaces and Work Surfaces ADAAG 902.1 General.**
Dining surfaces and work surfaces shall comply with 902.2 and 902.3.

**Advisory 902.1 General.**
Dining surfaces include, but are not limited to, bars, tables, lunch counters, and booths.

**ADAAG 902.2 Clear Floor or Ground Space.**
A clear floor space complying with 305 positioned for a forward approach shall be provided.

Knee and toe clearance complying with 306 shall be provided.

**ADAAG 902.3 Height.**

The tops of dining surfaces and work surfaces shall be 28 inches (710 mm) minimum and 34 inches (865 mm) maximum above the finish floor or ground.

**ADAAG 306.2 Toe Clearance.**

**ADAAG 306.2.3 Minimum Required Depth.**

Where toe clearance is required at an element as part of a clear floor space, the toe clearance shall extend 17 inches (430 mm) minimum under the element.

**ADAAG 306.2.5 Width**.

Toe clearance shall be 30 inches (760 mm) wide minimum.

**ADAAG 306.3 Knee Clearance.**

**ADAAG 306.3.3 Minimum Required Depth.**

Where knee clearance is required under an element as part of a clear floor space, the knee clearance shall be 11 inches deep minimum at 9 inches above the ground, and 8 inches deep minimum at 27 inches (685 mm) above the finish floor or ground.

**ADAAG 306.3.5 Width.**

Knee clearance shall be 30 inches (760 mm) wide minimum.

- ACCESSIBLE ROUTE TO DINING AREA LOCATED AT UPPER FLOOR NOT PROVIDED.
- STAIR FLIGHT AT TRAVEL PATH LEADING TO DINING AREA LOCATED AT UPPER FLOOR ACTS AS A BARRIER TO ACCESSIBILITY.

**ADAAG 206.2.5 Restaurants and Cafeterias.**

In restaurants and cafeterias, an accessible route shall be provided to all dining areas, including raised or sunken dining areas, and outdoor dining areas.

**ADAAG 206 Accessible Routes ADAAG 206.1 General.**

Accessible routes shall be provided in accordance with 206 and shall comply with Chapter 4.

- COMPLIANT HANDRAILS NOT PROVIDED AS REQUIRED AT BOTH SIDES OF STAIR FLIGHT LEADING TO DINING AREA LOCATED AT UPPER FLOOR.

**ADAAG 505 Handrails ADAAG 505.1 General.**

Handrails provided along walking surfaces complying with 403, required at ramps complying with 405, and required at stairs complying with 504 shall comply with 505.

**ADAAG 505.2 Where Required.**

Handrails shall be provided on both sides of stairs and ramps.

- INACCESSIBLE DINING BOOTH TABLE LOCATED AT THE  INTERIOR DINING AREA AT UPPERFLOOR.
- REQUIRED MINIMUM CLEAR FLOOR SPACE ALLOWING A FORWARD APPROACH NOT PROVIDED AT DINING BOOTH TABLES LOCATED AT INTERIOR DINING AREA AT UPPER FLOOR.

**ADAAG 226 Dining Surfaces and Work Surfaces ADAAG 226.1 General.**

Where dining surfaces are provided for the consumption of food or drink, at least 5 percent of the seating spaces and standing spaces at the dining surfaces shall comply with 902.

**ADAAG 902.2 Clear Floor or Ground Space.**

A clear floor space complying with 305 positioned for a forward approach shall be provided. Knee and toe clearance complying with 306 shall be provided.

**ADAAG 305.3 Size.**

The clear floor or ground space shall be 30 inches (760 mm) minimum by 48 inches (1220 mm) minimum.

- INACCESSIBLE DINING TABLES LOCATED AT INTERIOR DINING AREA AT UPPER FLOOR.
- REQUIRED MINIMUM KNEE AND TOE CLEARANCE NOT PROVIDED AT DINING TABLES LOCATED AT INTERIOR DINING AREA AT UPPER FLOOR.
- A MINIMUM PERCENTAGE OF EXISTING DINING TABLES REQUIRED TO BE ACCESSIBLE NOT PROVIDED AT INTERIOR DINING AREA AT UPPER FLOOR.

**ADAAG 226 Dining Surfaces and Work Surfaces ADAAG 226.1 General.**
Where dining surfaces are provided for the consumption of food or drink, at least 5 percent of the seating spaces and standing spaces at the dining surfaces shall comply with 902.
**ADAAG 902 Dining Surfaces and Work Surfaces ADAAG 902.1 General.**
Dining surfaces and work surfaces shall comply with 902.2 and 902.3.
**ADAAG 902.2 Clear Floor or Ground Space.**
A clear floor space complying with 305 positioned for a forward approach shall be provided. Knee and toe clearance complying with 306 shall be provided.
**ADAAG 306.2 Toe Clearance.**
**ADAAG 306.2.3 Minimum Required Depth.**
Where toe clearance is required at an element as part of a clear floor space, the toe clearance shall extend 17 inches (430 mm) minimum under the element.
**ADAAG 306.2.5 Width**.
Toe clearance shall be 30 inches (760 mm) wide minimum.
**ADAAG 306.3 Knee Clearance.**
**ADAAG 306.3.3 Minimum Required Depth.**
Where knee clearance is required under an element as part of a clear floor space, the knee clearance shall be 11 inches deep minimum at 9 inches above the ground, and 8 inches deep minimum at 27 inches (685 mm) above the finish floor or ground.
**ADAAG 306.3.5 Width.**
Knee clearance shall be 30 inches (760 mm) wide minimum.

- INACCESSIBLE DINING COUNTER AT OPEN DISPLAY KITCHEN LOCATED AT DINING AREA AT UPPER FLOOR.
- NON-COMPLIANT HEIGHT OF DINING COUNTER AT OPEN DISPLAY KITCHEN LOCATED AT DINING AREA AT UPPER FLOOR EXCEEDS MAXIMUM HEIGHT ALLOWANCE.
- REQUIRED MINIMUM KNEE AND TOE CLEARANCE NOT PROVIDED AT DINING COUNTER AT OPEN DISPLAY KITCHEN LOCATED AT DINING AREA AT UPPER FLOOR.
- PORTION OF DINING COUNTER REQUIRED TO BE ACCESSIBLE NOT PROVIDED.

**ADAAG 226 Dining Surfaces and Work Surfaces ADAAG 226.1 General.**
Where dining surfaces are provided for the consumption of food or drink, at least 5 percent of the seating spaces and standing spaces at the dining surfaces shall comply with 902.
**ADAAG 902 Dining Surfaces and Work Surfaces ADAAG 902.1 General**.
Dining surfaces and work surfaces shall comply with 902.2 and 902.3.
**Advisory 902.1 General.**
Dining surfaces include, but are not limited to, bars, tables, lunch counters, and booths.
**ADAAG 902.2 Clear Floor or Ground Space.**
A clear floor space complying with 305 positioned for a forward approach shall be provided. Knee and toe clearance complying with 306 shall be provided.
**ADAAG 902.3 Height.**

The tops of dining surfaces and work surfaces shall be 28 inches (710 mm) minimum and 34 inches (865 mm) maximum above the finish floor or ground.

**ADAAG 306.2 Toe Clearance.**

**ADAAG 306.2.3 Minimum Required Depth.**

Where toe clearance is required at an element as part of a clear floor space, the toe clearance shall extend 17 inches (430 mm) minimum under the element.

**ADAAG 306.2.5 Width**.

Toe clearance shall be 30 inches (760 mm) wide minimum.

**ADAAG 306.3 Knee Clearance.**

**ADAAG 306.3.3 Minimum Required Depth.**

Where knee clearance is required under an element as part of a clear floor space, the knee clearance shall be 11 inches deep minimum at 9 inches above the ground, and 8 inches deep minimum at 27 inches (685 mm) above the finish floor or ground.

**ADAAG 306.3.5 Width.**

Knee clearance shall be 30 inches (760 mm) wide minimum.

- NON-COMPLIANT DOOR LOCK AT DOOR OF SOLE RESTROOM LOCATED AT GROUND FLOOR REQUIRES TWISTING OF THE WRIST.

**ADAAG 404 Doors, Doorways, and Gates ADAAG 404.1 General.**

Doors, doorways, and gates that are part of an accessible route shall comply with 404.

**ADAAG 404.2.7 Door and Gate Hardware.**

Handles, pulls, latches, locks, and other operable parts on doors and gates shall comply with 309.4

**ADAAG 309.4 Operation.**

Operable parts shall be operable with one hand and shall not require tight grasping, pinching, or twisting of the wrist. The force required to activate operable parts shall be 5 pounds maximum.

- NON-COMPLIANT EXISTING GRAB BAR AT REAR WALL OF WATER CLOSET IN SOLE RESTROOM LOCATED AT GROUND FLOOR DOES NOT MEET MINIMUM SIZE REQUIREMENT.

**ADAAG 604 Water Closets and Toilet Compartments**

**ADAAG 604.5.2 Rear Wall.**

The rear wall grab bar shall be 36 inches (915 mm) long minimum and extend from the centerline of the water closet 12 inches (305 mm) minimum on one side and 24 inches (610 mm) minimum on the other side.

- NON-COMPLIANT EXISTING GRAB BAR AT SIDE WALL OF WATER CLOSET IN SOLE RESTROOM LOCATED AT GROUND FLOOR DOES NOT MEET MINIMUM SIZE REQUIREMENT.

**ADAAG 604 Water Closets and Toilet Compartments**

**ADAAG 604.5.1 Side Wall.**

The side wall grab bar shall be 42 inches (1065 mm) long minimum, located 12 inches (305 mm) maximum from the rear wall and extending 54 inches (1370 mm) minimum from the rear wall.

- NON-COMPLIANT POSITION OF PLUMBING VALVES LOCATED DIRECTLY BEHIND TOILET SEAT OF WATER CLOSET IN SOLE RESTROOM LOCATED AT GROUND FLOOR.

**ADAAG 604 Water Closets and Toilet Compartments.**

**ADAAG Advisory 604.6 Flush Controls.**

If plumbing valves are located directly behind the toilet seat, flush valves and related plumbing can cause injury or imbalance when a person leans back against them. To prevent causing injury or imbalance, the plumbing can be located behind walls or to the side of the toilet; or if approved by the local authority having jurisdiction, provide a toilet seat lid.

- INACCESSIBLE MIRROR IN SOLE RESTROOM LOCATED AT GROUND FLOOR.
- NON COMPLIANT MOUNTED HEIGHT OF MIRROR IN SOLE RESTROOM LOCATED AT GROUND FLOOR EXCEEDS MAXIMUM HEIGHT ALLOWANCE.

**ADAAG 603.3 Mirrors.**
Mirrors located above lavatories or countertops shall be installed with the bottom edge of the reflecting surface 40 inches (1015 mm) maximum above the finish floor or ground.
Mirrors not located above lavatories or countertops shall be installed with the bottom edge of the reflecting surface 35 inches (890 mm) maximum above the finish floor or ground.

**15)** The above listing is not to be considered all-inclusive of the barriers which exist at the Facility. Plaintiff requires an inspection of the Facility in order to determine all of the ADA violations.

**16)** The removal of the physical barriers, dangerous conditions, and ADA violations set forth herein is readily achievable and can be accomplished and carried out without much difficulty or expense. 42 U.S.C. § 12182(B)(2)(A)(iv); 42 U.S.C. § 12181(9); 28 C.F.R, § 36.304.

**17)** Plaintiff is without adequate remedy at law, is suffering irreparable harm, and reasonably anticipates that he will continue to suffer irreparable harm unless and until Defendants are required to remove the physical barriers, dangerous conditions, and ADA violations that exist at the Facility, including those set forth herein.

**18)** The Plaintiff has been obligated to retain undersigned counsel for the filing and prosecution of this action. The Plaintiff is entitled to have his reasonable attorney's fees, costs and expenses paid by the Defendants, pursuant to 42 U.S.C., §§ 12205 and 12217.

**19)** Pursuant to 42 U.S.C. §12188(a), this Court is provided with authority to grant injunctive relief to Plaintiff, including an order to alter the Facility to make it readily accessible

to and useable by individuals with disabilities to the extent required by the ADA, and closing the Facility until the requisite modifications are completed.

**WHEREFORE,** Plaintiff respectfully requests that the Court issue a permanent injunction enjoining Defendants from continuing is discriminatory practices, ordering Defendants to remove the physical barriers to access and alter the Facility to make it readily accessible  to and useable by individuals with disabilities to the extent required by the ADA, closing the Facility until the barriers are removed and requisite alterations are completed, and awarding Plaintiff his reasonable attorney's fees, expert fees, costs and litigation expenses incurred in this action.

Respectfully submitted

BARDUCCI LAW FIRM, PLLC
5 West 19th Street, 10th Floor
New York, NY 10011
(212) 433-2554

By:   s/ Maria-Costanza Barducci
Maria-Costanza Barducci, Esq.
*Attorney for Plaintiff*
Bar No. 5070487
MC@BarducciLaw.com