> Application GRANTED.
>
> The Clerk of Court is directed to terminate ECF No 32.
>
> SO ORDERED.
>
> *Jennifer H. Rearden*
>
> Jennifer H. Rearden, U.S.D.J.
> Date: June 13, 2023

MARIA-COSTANZA BARDUCCI BARDUCCI LAW FIRM PLLC
5 WEST 19TH STREET, 10TH FLOOR NEW YORK, NEW YORK 10011 TELEPHONE: 212-433-2554

**June 12, 2023**

Honorable Jennifer H. Rearden
U.S. District Court Judge
Southern District of New York
500 Pearl St,
New York, NY 10007

Re: ***Carlos Florez, 20 E. 49 ST. LLC 20 E. 49 ST. LLC and 20E49 Limoncello, LLC***
***Civil Action No.:23-cv-00733-JHR***
***Letter-Motion to Adjourn Mediation and Extend Deadlines***

Dear Judge Hon. Rearden,

We represent Plaintiff in the above-styled action.

Plaintiff files this application pursuant to the Court's Order [DE#31] of May 24, 2023, requiring the Parties at "the conclusion of all mediation…shall file a joint letter updating the Court on the status of their settlement efforts" (id.)  As an initial matter, the Plaintiff humbly requests that the Court enter an adjournment of three weeks from the date of the filing requirement, and permit the parties to finish the mediation process thereof. Furthermore, Plaintiff wishes to apprise the Court that the Parties are in the final stages of finalizing settlement terms, and for this reason, request the extension of the mediation deadline for under such circumstances, this matter will likely resolve without Court intervention as the mediation process was designed to accomplish.

For these reasons, Plaintiff requests a 21-day adjournment of the filing of the mediation report and its associated deadlines. Moreover, the Defendants are in favor of this request.This extension will not affect any other deadlines or events in this case. Thank you for your time in considering this request.

Most Respectfully,

s/ Maria-Costanza Barducci

BARDUCCI LAW FIRM PLLC

Maria-Costanza Barducci Esq.

cc: Via CM/ECF Only